# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Steven Fredric Dullum

Plaintiff

v.

Bruce Wynkoop and
James R. Konen

Defendants

Case No. Civil 01-1374 RHK/RLE

**JUDGMENT IN A CIVIL CASE**

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the petition for writ of habeas corpus is dismissed as frivolous, for the failure to exhaust State Court remedies, that the dismissal is without prejudice and that the application to proceed in forma pauperis is denied as moot.

DATE: September 10, 2001

RICHARD D. SLETTEN, CLERK

Victoria Moralez

Victoria Moralez, Deputy Clerk